# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK TETER, et al., | Case No. 1:20-cv-01311-DAD-SAB |
| Plaintiffs, | ORDER VACATING ALL DATES AND MATTERS AND REQUIRING PLAINTIFFS TO FILE DISPOSITIONAL DOCUMENTS WITHIN SIXTY DAYS |
| v. | |
| FCA US LLC, | (ECF No. 8) |
| Defendant. | |

On November 11, 2020, Plaintiffs Patrick Teter and Nanci Teter filed a notice that this matter has settled, and request ninety (90) days in which to file dispositive documents. (ECF No. 8.) At this juncture, the Court shall only grant sixty (60) days to file dispositive documents as Plaintiffs have provided no reason for the requested length of time. See L.R. 160(b) (date to file dispositional documents shall not be more than twenty-one days from date of settlement notification absent good cause). The Court shall vacate all pending dates and matters, including the scheduling conference currently scheduled for November 12, 2020, at 11:00 a.m. in Courtroom 9. (ECF No. 3.)

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. All pending dates and matters are VACATED;
2. Plaintiffs shall file dispositional documents within sixty (60) days of the date of entry of this order; and
3. If the parties require additional time to file dispositional documents, the parties shall file a stipulated request seven (7) days prior to the expiration of the sixty (60) day period, demonstrating good cause pursuant to Local Rule 160(b).

IT IS SO ORDERED.

Dated:   **November 12, 2020**

UNITED STATES MAGISTRATE JUDGE

2