# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK TETER, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FCA US LLC,<br><br>　　　　Defendant. | Case No. 1:20-cv-01311-DAD-SAB<br><br>ORDER EXTENDING DEADLINE TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 10) |

On November 11, 2020, Plaintiffs Patrick Teter and Nanci Teter filed a notice that this matter settled, and requested ninety (90) days in which to file dispositive documents. (ECF No. 8.) On November 12, 2020, the Court entered an order granting Plaintiffs only sixty (60) days to file dispositional documents as Plaintiffs provided no reason for the requested ninety (90) days. (ECF No. 9.) The Court's order also specified that if the parties required additional time to file dispositional documents, the parties should file a stipulated request seven (7) days prior to the expiration of the sixty (60) day period, demonstrating good cause pursuant to Local Rule 160(b). (Id.)

On January 4, 2021, the parties filed a stipulation requesting the deadline to file dispositional documents be extended until February 10, 2021. (ECF No. 10.) The parties proffer the reason for the extension is that Plaintiffs haven not received the settlement funds from Defendant, and thus the settlement has not been consummated. (Id.) While the Court does not

1

generally find funding of an executed settlement agreement to be necessary to dismiss an action, the Court shall grant the parties' request for an additional thirty (30) days to file dispositional documents.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs shall file dispositional documents on or before February 10, 2021.

IT IS SO ORDERED.

Dated: **January 5, 2021**

UNITED STATES MAGISTRATE JUDGE

2