# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK TETER, et al.,<br><br>　　　　　Plaintiffs,<br>　vs.<br>FCA US LLC,<br><br>　　　　　Defendant. | Case No.: 1:20−cv−01311-DAD-SAB<br><br>ORDER GRANTING SECOND JOINT STIPULATION TO CONTINUE DEADLINE BY WHICH TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 12) |

On November 11, 2020, a notice of settlement was filed in this action and the parties were ordered to file dispositional documents within sixty days of November 12, 2020. (ECF Nos. 8, 9.)  On January 5, 2021, a stipulation for an extension of time to file dispositional documents was granted and the parties were ordered to file dispositional documents on or before February 10, 2021.  (ECF Nos. 10, 11.)  On February 4, 2021, the parties filed a second stipulation for an extension of time to file dispositive documents.  (ECF. No. 12.)

Pursuant to the stipulation of the parties, and finding good cause, IT IS HEREBY ORDERED that the parties shall file dispositive documents on or before March 10, 2021.

IT IS SO ORDERED.

Dated:   **February 5, 2021**　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

-1-