# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK TETER, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FCA US LLC,<br><br>　　　　Defendant. | Case No. 1:20-cv-01311-DAD-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST THE DOCKET TO REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>(ECF No. 14) |

On March 4, 2021, the parties filed a joint motion to dismiss this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) which the court construes as a stipulation to dismiss this action with prejudice. In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.

Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: __March 4, 2021__

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1